IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00218-RJC

USA                                    )
                                       )
        v.                             )                    ORDER
                                       )
JIMMY BRICE (1)                        )
                                       )
_____)


**THIS MATTER** is before the Court on the defendant's Motion for

Compassionate Release and for appointment of counsel, (Doc. No. 84), which he

claims follows his request for relief from the warden of his institution.  However,

Local Criminal Rule 47.1(D) provides that the government is not required to

respond to pro se motions unless ordered by the Court.

        Title 18, United States Code, Section 3582(c)(1)(A) allows a defendant to file a

motion for a sentence reduction based on "extraordinary and compelling reasons"

after the lapse of 30 days of the receipt of such a request by the warden of the

defendant's facility.  There is no right to counsel in § 3582(c) proceedings. United

States v. Legree, 205 F.3d 724, 729-30 (4th Cir. 2000). Furthermore, it appears from

the record that the defendant has adequately raised issues on his own in the past.

        **IT IS, THEREFORE, ORDERED** that the government shall file a response to

the Motion for Compassionate Release within fourteen (14) days of the entry of this

Order.

**IT IS FURTHER ORDERED** that the defendant's motion for appointment of counsel is **DENIED.**

Signed: December 9, 2020

Robert J. Conrad, Jr.
United States District Judge